1042

[No. 65605-8-I.  Division One.  March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JARVIS REMONE
GIBBS, *Appellant*.

*Affirmed* by unpublished opinion per Schindler, J.,
concurred in by Ellington and Appelwick, JJ.

[No. 65817-4-I.  Division One.  March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT NATHAN
GUERRERO, *Appellant*.

*Affirmed* by unpublished opinion per
Dwyer, C.J., concurred in by Grosse and Leach, JJ.

[No. 65968-5-I.  Division One.  March 5, 2012.]

HAROLD BRUCE MAGNUSSON, *Appellant*, v. ARNAR ROY
MAGNUSSON ET AL., *Respondents*.

*Affirmed* by unpublished opinion per
Grosse, J., concurred in by Cox and Spearman, JJ.

[No. 65978-2-I.  Division One.  March 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY CURTIS
MARBLE, *Appellant*.

*Affirmed* by unpublished opin-
ion per Lau, J., concurred in by Becker and Schindler, JJ.